# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

ANTHONY GEROD WOODS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW308CR000170-001
USM Number:

Rahwa Gebre-Egziabher
Defendant's Attorney

**THE DEFENDANT:**

| X | admitted guilt to violation of condition(s) 1, 4-10 of the term of supervision. |
| __ | Was found in violation of condition(s) count(s) _____ After denial of guilt. |

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| 1 | New law violation | 5/15/08 |
| 4 | Drug / alcohol use | 5/29/08 |
| 5 | Failure to report contact with law enforcement officer | 5/23/08 |
| 6 | New law violation | 5/15/08 |
| 7 - 10 | New law violation | 12/3/08 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

X    The Defendant has not violated condition(s) 2 & 3 and is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/29/09

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: September 3, 2009

Defendant: ANTHONY GEROD WOODS
Case Number: DNCW308CR000170-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHT (8) MONTHS to run consecutively to any time defendant is presently serving on a state sentence</u>.

<u>X</u>    The Court makes the following recommendations to the Bureau of Prisons:

Designation as close as possible to NC.

<u>X</u>    The Defendant is remanded to the custody of the United States Marshal.

__    The Defendant shall surrender to the United States Marshal for this District:

__        As notified by the United States Marshal.

__        At___a.m. / p.m. on ___.

__    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

__        As notified by the United States Marshal.

__        Before 2 p.m. on ___.

__        As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

_____
United States Marshal

By:    _____
Deputy Marshal